Filing # 145371944 E-Filed 03/09/2022 12:53:39 PM

IN THE CIRCUIT COURT FOR THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

**KAREN CLUBINE**
    **Plaintiff,**

v.

**MICHAELS STORES, INC,**

    **Defendants.**
_____/

**COMPLAINT**

Plaintiff, Karen Clubine, by and through her undersigned attorneys, sues the Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, and states as follows:

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2. At all times material to this action, Plaintiff, Karen Clubine, is a natural person residing in Orange County, Florida.

3. At all times material to this action, Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, is licensed to do business and doing business in the State of Florida, as a retail arts and crafts store.

4. At all times material to this action, Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, was a retail arts and crafts store located at 6733 Eagle Watch Dr, Orlando, Orange County, FL 32822.

5. On or about October 7, 2019, while Plaintiff, Karen Clubine, was lawfully on Michaels Stores, Inc.'s premises located at the above address as a business invitee, Plaintiff tripped

on boxes and items on the floor and/or aisles, and, as a consequence, Plaintiff, Karen Clubine, fell to the ground and sustained severe bodily injury.

6. At all times material hereto, Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, had a duty to invitees, including Plaintiff, Karen Clubine, to maintain the Michaels Stores, Inc.'s premises, including the floors and aisles, in a responsibly safe condition for use by invitees, and to warn invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7. At the above time and place, Defendant breached its duties owed to Plaintiff, Karen Clubine, by committing one or more of the following omissions or commissions:

a. Negligently failing to maintain or adequately maintain the floors and aisles free of hazards, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff, Karen Clubine;

b. Negligently failing to inspect or adequately inspect the floor and/or aisles to ascertain whether the boxes and items on the floor and/or in the aisles constituted a hazard to members of the public, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff, Karen Clubine;

c. Negligently failing to warn or adequately warn Plaintiff Karen Clubine of the danger of the boxes and items on the floor and/or in the aisles, when Defendant knew or through the exercise of reasonable care should have known that the boxes and other items on the floor and/or in the aisles were unreasonably dangerous, and that Plaintiff was unaware of this unreasonably dangerous condition; and

d. Negligently failing to correct or adequately correct the unreasonably

dangerous condition of the floor and/or aisles where the boxes and/or other items were located, on Defendant's premises, when this condition was either known to Defendant, was created by Defendant, and/or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result of Defendant's breach and/or multiple breaches, while Plaintiff, Karen Clubine, was lawfully on Michaels Stores, Inc.'s, premises, she tripped on boxes and/or items, and as a consequence, fell on the floor sustaining serious and permanent injuries.

9. As a direct and proximate result of the negligence of Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, Plaintiff, Karen Clubine, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff, Karen Clubine, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, Karen Clubine, sues Defendant, Michaels Stores, Inc., a Foreign Profit Corporation, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

Respectfully submitted this 9th day of March, 2022.

/s/ *Michelle P. Smith*
Michelle P. Smith
Fla. Bar No. 389382
Law Office of Michelle P. Smith, P.A.
545 Delaney Avenue, Bldg. 4
P.O. Box 1788
Orlando, Florida 32802-1788
Tel.: 407-601-6700
E-Mail: michellesmith@mpsmithlegal.com
Attorney for Plaintiff Karen Clubine